No. 98–233.  PENNSYLVANIA v. HUNTER.  Super. Ct. Pa.  Certiorari denied.

No. 98–234.  GARCIA-ABREGO v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 98–236.  GRABER v. UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 98–240.  POLYAK v. UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT.  C. A. 6th Cir.  Certiorari denied.

No. 98–246.  CRUZ v. COHEN, SECRETARY OF DEFENSE.  C. A. 9th Cir.  Certiorari denied.

No. 98–247.  DAVIDSON v. COHEN, SECRETARY OF DEFENSE.  C. A. 4th Cir.  Certiorari denied.

No. 98–248.  BENKO v. JUDGES' RETIREMENT SYSTEM ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–250.  GRANGER v. OFFICE OF ATTORNEY ETHICS OF NEW JERSEY ET AL.  Sup. Ct. N. J.  Certiorari denied.

No. 98–252.  HENGLE ET AL. v. WARD.  Ct. App. Ohio, Summit County.  Certiorari denied.

No. 98–257.  MARCANTI v. ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION.  Sup. Ct. Ill.  Certiorari denied.

No. 98–258.  FOTI v. ARLINGTON COUNTY BOARD OF SUPERVISORS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–264.  STRIBLING v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 98–268.  TOM ET UX. v. COMMISSIONER OF INTERNAL REVENUE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–270.  RUSKIN, AKA RUFKIN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.